JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 760 -- In re "Apollo" Air Passenger computer Reservation System Antitrust and Contract Litigation

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 88/03/03 | 1 | MOTION, BRIEF, SCHEDULE (A-1 - A-21), EXHIBITS A-J, CERT. OF SERVICE -- United Air Lines, Inc. -- SUGGESTED TRANSFEREE DISTRICT: **S.D. NEW YORK;** SUGGESTED TRANSFEREE JUDGE: **HON. MILTON POLLACK** (cds) |
| 88/03/11 | 2 | NOTICE OF RELATED ACTION -- Wilson World Travel Services, Inc. v. United Air Lines, Inc., W.D. Mo., #88-0169-CV-W-3 -- submitted by Movant United Air Lines, Inc. (cds) |
| 88/03/11 | 3 | REQUEST FOR EXTENSION OF TIME -- submitted by twenty (20) travel agents and SystemOne -- GRANTED TO ALL PARTIES TO AND INCLUDING APRIL 1, 1988 (cds) |
| 88/03/11 | 4 | RESPONSE (to pldg. #3) -- United Air Lines, Inc. and Covia Corp. -- w/cert. of service (cds) |
| 88/03/11 | | APPEARANCES:  S. WILLIAM LIVINGSTON, JR., ESQ. for United Air Lines, Inc. and Covia Corp.;  PARKER C. FOLSE, III, ESQ. for System One Direct Access, Inc.; and WILLIAM F. DUKER, ESQ. for ALADDIN TRAVEL, INC.; FOUR SEASONS TRAVEL, DISCOUNT TRAVEL SERVICE, TWICKENHAM TRAVEL AGENCY, INC., TRAVEL KINGDOM, INC., ETC., SUNRISE TRAVEL, INC., L&R, INC., ETC., CLARK'S APPAREL, INC., ETC., NOB HILL TRAVEL, INC., ROBINSON TRAVEL, INC., PROTEA TRAVEL, INC., TRAVEL EXPRESS, LTD.' BRYAN WORLD TOURS, INC., BRYAN WORLD TRAVEL OF MINN., INC., BRYAN WORLD TRAVEL OF OVERLAND PARK, INC., BRYAN WORLD TRAVEL OF SPRINGFIELD, MO., INC., DAVID M. BRYAN, DON RICHARDS, MID STATES TRAVEL, INC., GLOBAL TRAVEL SERVICE, INC., KEY TRAVEL, INC., TV TRAVEL-ROCKBROOK, INC., BRALEY TOURS AND TRAVEL, INC., AUSTIN TRAVEL CORP., LARRY AUSTIN, JEFFREY AUSTIN, VACATIONS UNLIMITED, INC.  (cds) |
| 88/03/16 | | APPEARANCE:  JEFFREY PORTNOY, ESQ. for Robinson Travel, Protea Travel, and Travel Express (cds) |
| 88/04/01 | 5 | RESPONSE -- (to pldg. #1) submitted by 20 Travel Agents -- w/cert. of svc. (rh) |
| 88/04/04 | 6 | RESPONSE/REQUEST TO FILE OVERSIZED BRIEF/BRIEF -- (to pldg. #1) Filed by System One Direct Access, Inc. -- w/cert. of svc. (rh) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 760 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 88/04/05 | 7 | LETTER -- (Re: Pldg. #6 -- Papers Accepted and filed on 4/4/88) -- Filed by System One Direct Access, Inc. (rh) |
| 88/04/11 | 8 | REPLY -- United Air Lines, Inc. -- w/**Appendix** and cert. of svc. (rh) |
| 88/04/11 | 9 | NOTICE OF RELATED ACTION -- Filed by United Air Lines, Inc. -- Place, A Travel Agency, Inc., d/b/a Ask Mr. Foster v. United Air Lines, Inc., W.D. Kentucky, C.A. No. C-88-0166-L-B (rh) |
| 88/04/14 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on May 19, 1988 in Chicago, Illinois (rh) |
| 88/04/18 | 10 | LETTER -- pltf. System One Direct Access -- regarding transfer of A-7 -- w/svc. (ds) |
| 88/04/19 | 11 | LETTER -- System One Direct Access, Inc. (Re: Additional information) -- dated 4/15/88 -- w/cert. of svc. (rh) |
| 88/04/25 | 12 | LETTER -- System One Direct Access, Inc. (Re: Additional information) dated 4/22/88 -- w/cert. of svc. (rh) |
| 88/05/09 | 13 | LETTER -- signed by counsel for United Air Lines, Inc. and Covia Corp. (cds) |
| 88/05/18 | | HEARING APPEARANCES: (hearing of 5/19/88) ROBERTS B. OWEN, ESQ. for United Air Lines, Inc. and Covia Corporation; ROBERT FORGNONE, ESQ. for American Airlines; PARKER C. FOLSE, III, ESQ. for SystemOne Direct Access, Inc., et al. (ds) |
| 88/05/18 | | WAIVERS OF ORAL ARGUMENT -- (hearing of 5/19/88) Protea Travel, Inc., Travel Express, Ltd. and Robinson Travel (ds) |

B. 3

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 760 -- In re "Apollo" Air Passenger Computer Reservation System Antitrust and Contract Litigation

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 88/06/01 | | CONSENT OF TRANSFEREE COURT -- For transfer of litigation to the S.D. New York to the Hon. Milton Pollack for pretrial proceedings (rh) |
| 88/06/01 | | TRANSFER ORDER -- Transferring A-1 - A-19 to the S.D. New York pursuant to 28 U.S.C. §1407 -- Notified involved judges, clerks, counsel and misc. recipients (rh) |
| 88/06/21 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-22 Places, A Travel Agency, Inc., et al. v. United Air Lines, Inc., W.D. Ky., #C-88-0166-L(B); and B-23 Wilson World Travel Services, Inc. v. United Air Lines, Inc., W.D. Missouri, #88-0169-CV-W-3 -- Notified involved judges and counsel (cds) |
| 88/06/29 | 14 | LETTER -- Signed by Cliff B. Chenfeld for Travel Agents, dated 6/23/88 -- Re: B-22 and B-23 -- w/Dismissal Orders and cert. of svc. (rh) |
| 88/06/29 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- B-22 Places, A Travel Agency, Inc., etc. v. United Air Lines, Inc., W.D. Kentucky, C.A. No. C-88-0166-L(B) -- Notified invovled judges, clerks and counsel (rh) |
| 88/06/29 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- B-23 Wilson World Travel Services, Inc. v. United Air Lines, Inc., W.D. Missouri, C.A. No. 88-0169-CV-W-3 -- Notified involved judges, clerks and counsel (rh) |
| 88/08/16 | | ORDER -- Remanding A-19 SystemOnes claims against United and Covia to S.D. Texas and transferring to S.D.N.Y. (See MDL-761) (A-39) -- These claims are actually (MDL-760) A-19. Action was transferred to S.D.N.Y. by transfer order dtd. 7/1/88 -- Notified involved clerks, judges and counsel (ds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 760 -- _____

| Date | Pleading Description |
|------|---------------------|
| 88/10/04 | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-24 thru B-35 listed below.  Notified involved counsel and judges (ds) |

B-24   United Airlines, Inc. v. Cook Travel Agency, Inc.   Ala.,N. Lynne   CV88-L-5287-NE

B-25   United Airlines, Inc. v. Personalized Travel Service, Inc.   Colo. Matsch   88-M-886

B-26   United Airlines, Inc. v. Castle-Rock Travel, Inc.   Colo. Matsch   88-M-887

B-27   United Airlines, Inc. v. Littleton Travel, Inc.   Colo. Matsch   88-M-888

B-28   United Airlines, Inc. v. Master Travel Bureau, Inc., etc.   Colo. Matsch   88-M-1021

B-29   United Airlines, Inc. v. XYZ Corporation, etc.   Colo. Matsch   88-M-1022

B-30   United Air Lines, Inc. v. Places, A Travel Agency, Inc. d/b/a Ask Mr. Foster/Awaysis   Ky.,W. Meredith   C88-0487-L(M)

B-31   United Air Lines, Inc. v. Wilson World Travel Service, Inc.   Mo.,W. Oliver   88-0729-CV-W-JWO

B-32   United Air Lines, Inc. v. Higbee's Travel Service, Inc. a/k/a Higbee Travel Service   Ohio,N. Batchelder   C88-2516

B-33   United Air Lines, Inc. v. Ober United Travel, Inc.   Va.,E. Bryan   88-0831-A

B-34   United Airlines, Inc. v. Cascade Travel Center, Inc.   Wash.,W. Tanner   C-88-312T

B-35   United Airlines, Inc. v. Durney Agency, Inc., etc.   Wash.,W. Tanner   C-88-313T

| 88/10/18 | APPEARANCE:  WILLIAM F. DUKER, ESQ. for twelve travel agency defts. in B-24 - B-35  (cds) |

JPML FORM 1A

8.5

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 760 -- In re "Apollo" Air Passenger Computer Reservation System Antitrust And Contract Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 88/10/20 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-24  United Airlines, Inc. v. Cook Travel Agency, Inc., N. Ala., #CV88-L-5287-NE; B-25 United Airlines, Inc. v. Personalized Travel Service, Inc., D. Colo., #88-M-886; B-26 United Airlines, Inc. v. Castle Rock Travel, Inc., D. Colo., #88-M-887; B-27 United Airlines, Inc. v. Littleton Travel, Inc., D. Colo., #88-M-888; B-28 United Airlines, Inc. v. Master Travel Bureau, Inc., etc., D. Colo., #88-M-1021; B-29 United Airlines, Inc. v. XYZ Corp., etc., D. Colo., #88-M-1022; B-30 United Airlines, Inc. v. Places, A Travel Agency, Inc. d/b/a Ask Mr. Foster/Awaysis, W. Ky., #C88-0487-L(M); B-31 United Airlines, Inc. v. Wilson World Travel Service, Inc., W. Mo., #88-0729-CV-W-JWO; B-32 United Airlines, Inc. v. Higbee's Travel Service, Inc. a/k/a Higbee Travel Service, N. Ohio, #C88-2516; B-33 United Airlines, Inc. v. Ober Unite Travel, Inc., E. Va., #88-0831-A; B-34 United Airlines, Inc. v. Cascade Travel Center, Inc., W. Wash., #C-88-312T and B-35 United Airlines, Inc. v. Durney Agency, Inc., etc., W. Wash., #C-88-313T -- Notified involved judges and clerks (rh) |
| 89/01/24 | | CONDITIONAL TRANSFER ORDERS FILED TODAY (14 ACTIONS, B-36 - B-49 LISTED BELOW) -- Notified involved judges and counsel (cds) |

| | | | | | |
|---|---|---|---|---|---|
| | | B-36 | United Air Lines, Inc. v. Charles Bullen, et al. | Ariz. Hardy | 88-1578 PHX/CLH |
| | | B-37 | United Air Lines, Inc. v. V.I.P. Arrangements Inc., et al. | Cal.,C. Tashima | 88-05867AWT(Tx) |
| | | B-38 | United Air Lines, Inc. v. Travel Gallery, Inc., d/b/a Travel Leader, Inc. | Colorado Matsch | 88-M-1341 |
| | | B-39 | United Air Lines, Inc. v. Nervig Travel Services, Inc. | Fla.,N. Vinson | 88-50132-RV |
| | | B-40 | United Air Lines, Inc. v. World Cup Travel, Inc. | Idaho Ryan | CIV-88-1343 |
| | | B-41 | United Air Lines, Inc. v. K & G Travel, Inc., d/b/a Twentieth Century Travel | Mo.,W. Hunter | 88-0737-CV-W-3 |
| B-45 | Un Se | B-42 | United Air Lines, Inc. v. Traco, Ltd., d/b/a Thrifty Travel | Mont. Lovell | CV-88-174-M-CCL |
| B-46 | Un In | B-43 | United Air Lines, Inc. v. The Travel Bug | N.J. Sarokin | 88-4665 (HLS) |
| B-47 | Un Tr | B-44 | United Air Lines, Inc. v. KLS Limited, d/b/a Traveltime Travel | N.Y.,W. Telesca | CIV-88-1127T |
| B-48 | | | United Air Lines, Inc. v. Eugene J. LaMacchia | Wis.,E. Reynolds | 88-C-1207 |
| B-49 | | | United Air Lines, Inc. v. World Wide Travel System | Wyoming Brimmer | C88-335-B |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 760 -- In re "Apollo" Air Passenger Computer Reservation System Antitrust and Contract Litigation

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 89/02/09 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY (14 ACTIONS, B-36 - B-49 LISTED BELOW) -- Notified involved judges and clerks (cds) |

| B-36 | United Air Lines, Inc. v. Charles Bullen, et al. | Ariz. Hardy | 88-1578 PHX/CLH |
|------|---------------------------------------------------|-------------|-----------------|
| B-37 | United Air Lines, Inc. v. V.I.P. Arrangements Inc., et al. | Cal.,C. Tashima | 88-05867AWT(Tx) |
| B-38 | United Air Lines, Inc. v. Travel Gallery, Inc., d/b/a Travel Leader, Inc. | Colorado Matsch | 88-M-1341 |
| B-39 | United Air Lines, Inc. v. Nervig Travel Services, Inc. | Fla.,N. Vinson | 88-50132-RV |
| B-40 | United Air Lines, Inc. v. World Cup Travel, Inc. | Idaho Ryan | CIV-88-1343 |
| B-41 | United Air Lines, Inc. v. K & G Travel, Inc., d/b/a Twentieth Century Travel | Mo.,W. Hunter | 88-0737-CV-W-3 |
| B-42 | United Air Lines, Inc. v. Traco, Ltd., d/b/a Thrifty Travel | Mont. Lovell | CV-88-174-M-CCL |
| B-43 | United Air Lines, Inc. v. The Travel Bug | N.J. Sarokin | 88-4665 (HLS) |
| B-44 | United Air Lines, Inc. v. KLS Limited, d/b/a Traveltime Travel | N.Y.,W. Telesca | CIV-88-1127T |
| B-45 | United Air Lines, Inc. v. Vista Travel Service, Inc. | Oregon Frye | 88-CV-1200FR |
| B-46 | United Air Lines, Inc. v. Compass Travel, Inc., d/b/a Vista World Travel, Inc. | Tex.,W. Garza | 88-CV-1099 |
| B-47 | United Air Lines, Inc. v. Discovery World Travel Service, Inc. | Wis.,E. Curran | 88-C-1204 |
| B-48 | United Air Lines, Inc. v. Eugene J. LaMacchia | Wis.,E. Reynolds | 88-C-1207 |
| B-49 | United Air Lines, Inc. v. World Wide Travel System | Wyoming Brimmer | C88-335-B |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 760 -- In re "Apollo" Air Passenger Computer Reservation System Antitrust
and Contract Litigation

| Date | Ref. | Pleading Description |
|------|------|---------------------|

89/03/16

CONDITIONAL TRANSFER ORDERS FILED TODAY (13 ACTIONS, B-50 -
B-62 LISTED BELOW) -- Notified involved judges and clerks
(cds)

| Ref. | Description | Court/Judge | Number |
|------|-------------|-------------|--------|
| B-50 | United Airlines, Inc. v. All Travel Services, Inc. | Colo. Matsch | 88-M-2049 |
| B-51 | United Airlines, Inc. v. Ambassador Travel Service, Inc. | Colo. Matsch | 88-M-2050 |
| B-52 | United Airlines, Inc. v. Globe Travel Agency, Inc. | Colo. Matsch | 88-M-2051 |
| B-53 | United Airlines, Inc. v. Fountain Valley Travel, Inc., d/b/a Security-Widefield Travel | Colo. Matsch | 88-M-2052 |
| B-54 | United Airlines, Inc. v. Genesee Travel Company | Colo. Matsch | 88-M-2053 |
| B-55 | United Airlines, Inc. v. Horizon Travel, et al. | Colo. Matsch | 88-M-2054 |
| B-56 | United Airlines, Inc. v. Sheridan Travel Service, Inc. | Colo. Matsch | 88-M-2055 |
| B-57 | United Airlines, Inc. v. Mission Viejo Travel, Inc. | Colo. Matsch | 88-M-2058 |
| B-58 | United Airlines, Inc. v. Scott L. DeWitt d/b/a Skyways Travel Shoppe | Colo. Matsch | 88-M-2059 |
| B-59 | United Airlines, Inc. v. Thunderbird Travel, Inc. | Colo. Matsch | 88-M-2062 |
| B-60 | United Airlines, Inc. v. Pamela Khanna d/b/a Smith World Travel | Colo. Matsch | 88-M-2072 |
| B-61 | United Airlines, Inc. v. Mountain States Travel and Tours, Inc., d/b/a Mountain States Travel, Inc. | Colo. Matsch | 88-M-2048 |
| B-62 | United Airlines, Inc. v. Donato World Travel | Cal.,N. Lynch | C88-4350-EFL (ARB) |

68

760

89/04/03          CONDITIONAL TRANSFER ORDERS FINAL TODAY (13 ACTIONS, B-50 -
                  B-62 LISTED BELOW) -- Notified involved judges and clerks
                  (rh)

| | | | |
|---|---|---|---|
| B-50 | United Airlines, Inc. v. All Travel Services, Inc. | Colo. Matsch | 88-M-2049 |
| B-51 | United Airlines, Inc. v. Ambassador Travel Service, Inc. | Colo. Matsch | 88-M-2050 |
| B-52 | United Airlines, Inc. v. Globe Travel Agency, Inc. | Colo. Matsch | 88-M-2051 |
| B-53 | United Airlines, Inc. v. Fountain Valley Travel, Inc., d/b/a Security-Widefield Travel | Colo. Matsch | 88-M-2052 |
| B-54 | United Airlines, Inc. v. Genesee Travel Company | Colo. Matsch | 88-M-2053 |
| B-55 | United Airlines, Inc. v. Horizon Travel, et al. | Colo. Matsch | 88-M-2054 |
| B-56 | United Airlines, Inc. v. Sheridan Travel Service, Inc. | Colo. Matsch | 88-M-2055 |
| B-57 | United Airlines, Inc. v. Mission Viejo Travel, Inc. | Colo. Matsch | 88-M-2058 |
| B-58 | United Airlines, Inc. v. Scott L. DeWitt d/b/a Skyways Travel Shoppe | Colo. Matsch | 88-M-2059 |
| B-59 | United Airlines, Inc. v. Thunderbird Travel, Inc. | Colo. Matsch | 88-M-2062 |
| B-60 | United Airlines, Inc. v. Pamela Khanna d/b/a Smith World Travel | Colo. Matsch | 88-M-2072 |
| B-61 | United Airlines, Inc. v. Mountain States Travel and Tours, Inc., d/b/a Mountain States Travel, Inc. | Colo. Matsch | 88-M-2048 |
| B-62 | United Airlines, Inc. v. Donato World Travel | Cal.,N. Lynch | C88-4350-EFL (ARB) |

*P. 9*

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. *760* -- _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 89/05/19 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-63 United Airlines, Inc. v. Heritage Travel, Inc., D. Connecticut, C.A. No. H-89-134-PCD -- Notified involved counsel and judges (rh) |
| 89/06/06 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-63 United Airlines, Inc. v. Heritage Travel, Inc., D. Conn., C.A. No. H-89-134-PCD -- Notified involved clerks and judges. (ds) |
| 89/08/02 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-64 United Airlines, Inc. v. Sunrise Travel Consulting Corporation, D. Nevada, C.A. No. CV-N-89-233-BRT -- Notified involved counsel and judges (rh) |
| 89/08/18 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-64 United Airlines, Inc. v. Sunrise Travel Consulting Corporation, D. Nevada, C.A. No. CV-N-89-233-BRT -- Notified involved clerks and judges (ds) |
| 89/11/08 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-65 United Air Lines, Inc., et al. v. Embassy Travel Service, Inc., E.D. Michigan, C.A. No. 89-CV-72191 DT -- Notified involved counsel and judges (rh) |
| 89/11/27 | | CONDITIONAL TRANSFER ORDER **FINAL** TODAY -- C-65 United Air Lines, Inc., et al. v. Embassy Travel Service, Inc., E.D. Michigan, C.A. No. 89-CV-72191-DT -- Notified involved judges and clerks (cds) |

JPML Form 1

Revised: 8/78

## DOCKET NO. 760 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION:   In re "Apollo" Air Passenger Computer Reservation System Antitrust and Contract
Litigation

### SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| May 19, 1988 | | | | | | |
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | June 1, 1988 | TO | Unpublished | S.D. New York *208* | Hon. Milton Pollack | |

Misc # M-21-49-MP        Special Transferee Information

DATE CLOSED: 6/4/90

JPML FORM 1

**LISTING OF INVOLVED ACTIONS**

Hon. Milton Pollack
S.D. New York

DOCKET NO. 760 -- In re "Apollo" Air Passenger Computer Reservation System Antitrust and Contract Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| ρ A-1 | United Air Lines, Inc. v. Aladdin Travel, Inc. | Ala.,N. Haltom | 87-HM-5247-NE | 6-1-88 | 88-3894-MA | 4/26/90D | * |
| ρ A-2 | United Air Lines, Inc. v. Four Seasons Travel | Ala.,N. Lynne | 87-L-5248-NE | 6-1-88 | 88-3895-MA | 4/26/90D | * |
| A-3 | United Air Lines, Inc. v. Discount Travel Service | Ala.,N. Haltom | 87-HM-5270-NE | 6-1-88 | 88-3896-MA | 4/26/90D | * |
| A-4 | United Air Lines, Inc. v. Twickenham Travel | Ala.,N. Lynne | 87-L-5271-NE | 6-1-88 | 88-3897-MA | 4/26/90D | * |
| A-5 | United Air Lines, Inc. v. Travel Kingdom, Inc., etc. | Fla.,M. Castagna | 87-1525-Civ. T 15A | 6-1-88 | 88-3898-MA | 4/26/90D | * |
| A-6 | Sunrise Travel, Inc. v. United Air Lines, Inc. | Fla.,S. Paine | 87-6737 | 6-1-88 | 88-3899-MA | 4/26/90D | * |
| A-7 | L&R, Inc., etc. v. United Air Lines, Inc. | Fla.,S. Nesbitt | 87-6738 | 6-1-88 | 88-3900-MA | 5/16/90D | * |
| A-8 | Clark's Apparel, Inc., etc. v. United Air Lines, Inc. | Fla.,S. Hastings | 87-6739 | 6-1-88 | 88-3901-MA | 4/26/90 | * |
| A-9 | United Air Lines, Inc. v. Nob Hill Travel, Inc. | Fla.,S. Hoeveler | 87-6909 | 6-1-88 | 88-3902-MA | 4/26/90D | * |

9/26/89 noted per order from J. Pollack

to order filed 8-31-89
final 4-26-90

DOCKET NO.    760    -In re "Apollo" Air Passenger Computer Reservation System Antitrust and Contract
Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-10 | United Air Lines, Inc. v. Robinson Travel, Inc. | Hawaii Kay | 87-0449-VAC | 6-1-88 | 88-3903-MA | 4/26/90 D | ✗ |
| A-11 | United Air Lines, Inc. v. Protea Travel, Inc. | Hawaii Pence | 87-0550-VAC | 6-1-88 | 88-3904-MA | 4/26/90 D | ✗ |
| A-12 | United Air Lines, Inc. v. Travel Express, Ltd. | Hawaii Kay | 87-0702-ACK | 6-1-88 | 88-3905-MA | 4/26/90 D | ✗ |
| A-13 | United Air Lines, Inc. v. Bryan World Tours, Inc., et al. | Kan. O'Connor | 87-2511-0 | 6-1-88 | 88-3906-MA | 5/16/90 D | ✗ |
| A-14 | Mid States Travel, Inc. v. United Air Lines, Inc. | Neb. Strom | CV-88-0-77 | 6-1-88 | 88-3907-MA | 4/26/90 D | ✗ |
| A-15 | Global Travel Service, Inc. v. United Air Lines, Inc. | Neb. Strom | CV-88-0-79 | 6-1-88 | 88-3908-MA | 4/26/90 D | ✓ |
| A-16 | Key Travel, Inc. v. United Air Lines, Inc. | Neb. Strom | CV-88-0-80 | 6-1-88 | 88-3909-MA | 4/26/90 D | ✗ |
| A-17 | TV Travel-Rockbrook, Inc. v. United Air Lines, Inc. | Neb. Strom | CV-88-0-78 | 6-1-88 | 88-3910-MA | 4/26/90 D | ✗ |
| A-18 | United Air Lines, Inc. v. Braley Tours and Travel, Inc., etc. | Tex.,S. Hughes | H-87-3060 | 6-1-88 | 88-3911-MA | 5/16/90 D | ✗ |

DOCKET NO. 760 -- In re "Apollo" Air Passenger Computer Reservation System Antitrust and Contract Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| 5 A-19 | SystemOne Direct Access, Inc. v. United Air Lines, Inc., et al. | Tex.,S. DeAnda | H-88-550 | 6-1-88 | 88-3912-MP | 9/26/89 D | |
| A-20 | United Air Lines, Inc. v. Austin Travel Corp., et al. | N.Y.,S. Pollack | 87-Civ-1262 (MP) | | | 3-8-88 D | |
| A-21 | Vacations Unlimited, Inc. v. United Air Lines, Inc. | N.Y.,S. Pollack | 87-Civ-7269 (MP) | | | 5/20/88 D | |
| | *July 1988 - 19 TP/2 X 4/2/21 Pending* | | | | | | |
| B-22 | Places, A Travel Agency, Inc., etc. v. United Air Lines, Inc. 6/21/88 | Ky.,W. Ballantine | C-88-0166-L(B) | | Xccted | 6-29-88 | CTO vacated |
| B-23 | Wilson World Travel Services, Inc. v. United Air Lines, Inc. 6/21/88 | Mo.,W. Hunter | 88-0169-CV-W-3 | | Xccted | 6-29-88 | CTO vacated |
| B-24 | United Airlines, Inc. v. Cook Travel Agency, Inc. 10/4/88 | Ala.,N. Lynne | CV88-L-5287-NE | 10/20/88 | 88-7741 MP | 5/16/90 D | ✓ |
| B-25 | United Airlines, Inc. v. Personalized Travel Service, Inc. 10/4/88 | Colo. Matsch | 88-M-886 | 10/20/88 | 88-7742 MP | 5/16/90 D | ✓ |
| B-26 | United Airlines, Inc. v. Castle Rock Travel, Inc. 10/4/88 | Colo. Matsch | 88-M-887 | 10/20/88 | 88-7743 MP | 5/16/90 D | ✓ |
| B-27 | United Airlines, Inc. v. Littleton Travel, Inc. 10/4/88 | Colo. Matsch | 88-M-888 | 10/20/88 | 88-7744 MP | 5/16/90 D | ✓ |

DOCKET NO. 760 -- In re "Apollo" Air Passenger Computer Reservation System Antitrust and Contract Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-28 | United Airlines, Inc. v. Master Travel Bureau, Inc., etc. 10/4/88 | Colo. Matsch | 88-M-1021 | 10/20/88 | 88-7745 MA | 5/16/90 D | ✓ |
| B-29 | United Airlines, Inc. v. XYZ Corporation, etc. 10/4/88 | Colo. Matsch | 88-M-1022 | 10/20/88 | 88-7746 MA | 5/16/90 D | ✓ |
| B-30 | United Air Lines, Inc. v. Places, A Travel Agency, Inc. d/b/a Ask Mr. Foster/Awaysis 10/4/88 | Ky.,W. Meredith | C88-0487-L(M) | 10/20/88 | 88-7747 MP | 5/16/90 D | ✓ |
| B-31 | United Air Lines, Inc. v. Wilson World Travel Service, Inc. 10/4/88 | Mo.,W. Oliver | 88-0729-CV-W-JWO | 10/20/88 | 88-7748 MP | 5/16/90 D | ✓ |
| B-32 | United Air Lines, Inc. v. Higbee's Travel Service, Inc. a/k/a Higbee Travel Service 10/4/88 | Ohio,N. Batchelder | C88-2516 | 10/20/88 | 88-7749 MA | dism. | |
| B-33 | United Air Lines, Inc. v. Ober United Travel, Inc. 10/4/88 | Va.,E. Bryan | 88-0831-A | 10/20/88 | 88-7750 MP | 5/16/90 D | ✓ |
| B-34 | United Airlines, Inc. v. Cascade Travel Center, Inc. 10/4/88 | Wash.,W. Tanner | C-88-312T | 10/20/88 | 88-7751 MP | 5/16/90 D | ✗ c |
| B-35 | United Airlines, Inc. v. Durney Agency, Inc., etc. 10/4/88 | Wash.,W. Tanner | C-88-313T | 10/20/88 | 88-7752 MP | 5/16/90 D | ✓ |
| B-36 | United Air Lines, Inc. v. Charles Bullen, et al. 1/24/89 | Ariz. Hardy | 88-1578 PHX/CLH | 2/9/89 | 88-1138 MP | 5/16/90 D | ✓ |
| B-37 | United Air Lines, Inc. v. V.I.P. Arrangements Inc., et al. 1/24/89 | Cal.,C. Tashima | 88-05867AWT(Tx) | 2/9/89 | 88-1139 MP | dis.6/4/90 D | |
| B-38 | United Air Lines, Inc. v. Travel Gallery, Inc., d/b/a Travel Leader, Inc. 1/ | Colorado Matsch | 88-M-1341 | 2/9/89 | 88-1140 MP | 5/16/90 D | ✓ |

DOCKET NO. 760 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-39 | United Air Lines, Inc. v. Nervig Travel Services, Inc. | Fla.,N. Vinson | 88-50132-RV | 2/9/89 | 89-1141 MP | 5/16/90D | ✓ |
| B-40 | United Air Lines, Inc. v. World Cup Travel, Inc. | Idaho Ryan | CIV-88-1343 | 2/9/89 | 89-1142 MP | 5/16/90D | ✓ |
| B-41 | United Air Lines, Inc. v. K & G Travel, Inc., d/b/a Twentieth Century Travel | Mo.,W. Hunter | 88-0737-CV-W-3 | 2/9/89 | 89-1143-MP | dis 6/4/90D | |
| B-42 | United Air Lines, Inc. v. Traco, Ltd., d/b/a Thrifty Travel | Mont. Lovell | CV-88-174-M-CCL | 2/9/89 | 89-1144-MP | 5/16/90D | ✓ |
| B-43 | United Air Lines, Inc. v. The Travel Bug | N.J. Sarokin | 88-4665 (HLS) | 2/9/89 | 89-1145MP | 5/16/90D | ✓ |
| B-44 | United Air Lines, Inc. v. KLS Limited, d/b/a Traveltime Travel | N.Y.,W. Telesca | CIV-88-1127T | 2/9/89 | 89-1146 MP | 5/16/90D | ✓ |
| B-45 | United Air Lines, Inc. v. Vista Travel Service, Inc. | Oregon Frye | 88-CV-1200FR | 2/9/89 | 89-1147MP | dis. 6/4/90D | |
| B-46 | United Air Lines, Inc. v. Compass Travel, Inc., d/b/a Vista World Travel, Inc. | Tex.,W. Garza | 88-CV-1099 | 2/9/89 | 89-1148 MP | 5/16/90D | ✓ |
| B-47 | United Air Lines, Inc. v. Discovery World Travel Service, Inc. | Wis.,E. Curran | 88-C-1204 | 2/9/89 | 89-1149 MP | 5/16/90D | ✓ |
| B-48 | United Air Lines, Inc. v. Eugene J. LaMacchia | Wis.,E. Reynolds | 88-C-1207 | 2/9/89 | 89-1150 MP | 5/16/90D | ✓ |
| B-49 | United Air Lines, Inc. v. World Wide Travel System | Wyoming Brimmer | C88-335-B | 2/9/89 | 89-1151 MP | 5/16/90D | ✓ |

DOCKET NO. 760 -- In re "Apollo" Air Passenger Computer Reservation System Antitrust and Contract Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-50 | United Airlines, Inc. v. All Travel Services, Inc. MAR 16 1989 | Colo. Matsch | 88-M-2049 | | 89-2411-MP | 5/16/90D | ✓ |
| B-51 | United Airlines, Inc. v. Ambassador Travel Service, Inc. MAR 16 1989 | Colo. Matsch | 88-M-2050 | | 89-2412-MP | 5/16/90D | ✓ |
| B-52 | United Airlines, Inc. v. Globe Travel Agency, Inc. MAR 16 1989 | Colo. Matsch | 88-M-2051 | | 89-2413-MP | 5/16/90D | ✓ |
| B-53 | United Airlines, Inc. v. Fountain Valley Travel, Inc., d/b/a Security-Widefield Travel MAR 16 1989 | Colo. Matsch | 88-M-2052 | | 89-2414-MP | 5/16/90D | ✓ |
| B-54 | United Airlines, Inc. v. Genesee Travel Company MAR 16 1989 | Colo. Matsch | 88-M-2053 | | 89-2415-MP | 5/16/90D | ✓ |
| B-55 | United Airlines, Inc. v. Horizon Travel, et al. MAR 16 1989 | Colo. Matsch | 88-M-2054 | | 89-2416-MP | 5/16/90D | ✓ |
| B-56 | United Airlines, Inc. v. Sheridan Travel Service, Inc. MAR 16 1989 | Colo. Matsch | 88-M-2055 | | 89-2417-MP | 5/16/90D | ✓ |
| B-57 | United Airlines, Inc. v. Mission Viejo Travel, Inc. MAR 16 1989 | Colo. Matsch | 88-M-2058 | | 89-2418-MP | 5/16/90D | ✓ |
| B-58 | United Airlines, Inc. v. Scott L. DeWitt d/b/a Skyways Travel Shoppe MAR 16 1989 | Colo. Matsch | 88-M-2059 | | 89-2419-MP | 5/16/90D | ✓ |
| B-59 | United Airlines, Inc. v. Thunderbird Travel, Inc. MAR 16 1989 | Colo. Matsch | 88-M-2062 | | 89-2420-MP | 5/16/90D | ✓ |

DOCKET NO. __760__ -- In re "Apollo" Air Passenger Computer Reservation System Antitrust and Contract Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-60 | United Airlines, Inc. v. Pamela Khanna d/b/a Smith World Travel MAR 16 1989 | Colo. Matsch | 88-M-2072 | | 89-2421-MA | 5/16/90 D | ✓ |
| B-61 | United Airlines, Inc. v. Mountain States Travel and Tours, Inc., d/b/a Mountain States Travel, Inc. MAR 16 1989 | Colo. Matsch | 88-M-2048 | | 89-2422-MA | 5/16/90 D | ✓ |
| B-62 | United Airlines, Inc. v. Donato World Travel MAR 16 1989 | Cal.,N. Lynch | C88-4350-EFL (ARB) | | 89-2423-MD | dis 6/4/90 | |
| B-63 | United Airlines, Inc. v. Heritage Travel, Inc. 5-19-89 July 1989 - 40 TR/61 Pending | D.Conn. Dorsey | H-89-134-PCD | 6/6/89 | 89-4025 | dism. | |
| C-64 | United Airlines, Inc. v. Sunrise Travel Consulting Corporation 8-2-89 | D.Nev. Thompson | CV-N-89-233-BRT | 8/18/89 | 89-6143 | 5/16/90 D | ✓ |
| C-65 | United Air Lines, Inc., et al. v. Embassy Travel Service, Inc. 11-8-89 | Mich.,E. Cook | 89-CV-72191 DT | 11/27/89 | 89 CW 8002 | 5/16/90 D | ✓ |

July 1990 - 2 TR/61 Dis/ 2 Pending

July 1991 - 2 Dis/ together Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 760 -- In re "Apollo" Air Passenger Computer Reservation System

Antitrust and Contract Litigation

---

**UNITED AIR LINES, INC.**
COVIA CORPORATION (deft. A-19)
S. William Livingston, Jr., Esq.
Covington & Burling
1201 Pennsylvania Ave., N.W.
Post Office Box 7566
Washington, D.C.  20044

SYSTEM ONE DIRECT ACCESS, INC. (pltf. A-19)
Parker C. Folse, III, Esq.
Susman, Godfrey & McGowan
2400 First Interstate Bank Plaza
Houston, TX  77002

ROBINSON TRAVEL, INC. (deft. A-10)
PROTEA TRAVEL, INC. (deft. A-11)
TRAVEL EXPRESS, LTD. (deft. A-12)
Jeffrey Portnoy, Esq.
c/o Cades Schuttle Fleming & Wright
P.O. Box 939
Honolulu, HI  96808

ALADDIN TRAVEL, INC. (deft. A-1)
FOUR SEASONS TRAVEL (deft. A-2)
DISCOUNT TRAVEL SERVICE (deft. A-3)
TWICKENHAM TRAVEL AGENCY, INC. (deft. A-4)
TRAVEL KINGDOM, INC., ETC. (deft. A-5)
SUNRISE TRAVEL, INC. (pltf. A-6)
L&R, INC., ETC. (pltf. A-7)
CLARK'S APPAREL, INC., ETC. (pltf. A-8)
NOB HILL TRAVEL, INC. (deft. A-9)
ROBINSON TRAVEL, INC. (deft. A-10)
PROTEA TRAVEL, INC. (deft. A-11)
TRAVEL EXPRESS, LTD. (deft. A-12)
BRYAN WORLD TOURS, INC. (deft. A-13)
BRYAN WORLD TRAVEL OF MINN., INC.
   (deft. A-13)
BRYAN WORLD TRAVEL OF OVERLAND PARK, INC.
   (deft. A-13)
BRYAN WORLD TRAVEL OF SPRINGFIELD, MO., INC.
   (deft. A-13)
DAVID M. BRYAN (deft. A-13)
DON RICHARDS (deft. A-13)
MID STATES TRAVEL, INC. (pltf. A-14)
GLOBAL TRAVEL SERVICE, INC. (pltf. A-15)
KEY TRAVEL, INC. (pltf. A-16)
TV TRAVEL-ROCKBROOK, INC. (pltf. A-17)
BRALEY TOURS AND TRAVEL, INC. (deft. A-18)
AUSTIN TRAVEL CORP. (deft. A-20)
LARRY AUSTIN (deft. A-20)
JEFFREY AUSTIN (deft. A-20)
VACATIONS UNLIMITED, INC. (pltf. A-21)
William F. Duker, Esq.
Duker & Barrett
90 Broad Street
New York, NY  10004

JPML FORM 4A -- Continuation

DOCKET NO. ___760___ -- In re "Apollo: Air Passenger Computer Reservation System
Antitrust and Contract Litigation

---

PLACES, A TRAVEL AGENCY, INC., ETC. (B-22)
W. Patrick Stallard, Esq.
Stites & Harbison
600 W. Main Street
Louisville, KY 40202

WILSON WORLD TRAVEL SERVICES, INC. (B-23)
Richard L. Routman, Esq.
Richard L. Routman, P.C.                 Same as
104 West 9th Street, 2nd Floor           B-41
Kansas City, MO 64105

UNITED AIR LINES, INC. (B-24 -B-35)
S. William Livingston, Jr., Esq.
(previously listed)

TRAVEL AGENCY, INC. (deft. B-24)
PERSONALIZED TRAVEL SERVICE, INC.
   (deft. B-25)
CASTLE ROCK TRAVEL, INC. (deft. B-26)
LITTLETON TRAVEL, INC. (deft. B-27)
MASTER TRAVEL BUREAU, INC., ETC.
   (deft. B-28)
XYZ CORPORATION, ETC. (deft. B-29)
PLACES, A TRAVEL AGENCY, INC. D/B/A
   ASK MR. FOSTER/AWAYSIS (deft. B-30)
WILSON WORLD TRAVEL SERVICE, INC.
   (deft. B-31)
HIGBEE'S TRAVEL SERVICE, INC. A/K/A
   HIGBEE TRAVEL SERVICE (deft. B-32)
OBER UNITED TRAVEL, INC. (deft. B-33)
CASCADE TRAVEL CENTER, INC. (deft. B-34)
DURNEY AGENCY, INC., ETC. (deft. B-35)
William F. Duker, Esq.
(previously listed)

CHARLES BULLEN, ET AL. (deft. B-36)
M. Michael Clyde, Esq.
Brown & Bain
222 North Central Avenue
P.O. Box 400
Phoenix, Arizona 85001

V.I.P. ARRANGEMENTS INC., ET AL. (deft. B-37)
Michael R. Doyen, Esq.
Munger, Tolles & Olson
355 South Grand Avenue
35th Floor
Los Angeles, California 90071-1560

TRAVEL GALLERY, INC., D/B/A TRAVEL
   LEADER, INC. (deft. B-38)
Robert F. Hill, Esq.
Ronald L. Wilcox, Esq.
Hill & Robbins
1441 Eighteenth St., Suite 100
Denver, Colorado 80202

NERVIG TRAVEL SERVICES, INC. (deft. B-39)
Guyte P. McCord, III, Esq.
MacFarlane, Ferguson, Allison & Kelly
Post Office Box 82
Tallahassee, Florida 32302

WORLD CUP TRAVEL, INC. (deft. B-40)
B. Newal Squyres, Jr., Esq.
Eberle, Berlin, Kading, Turnbow
   & Gillespie, Chartered
300 North Sixth Street
P.O. Box 1368
Boise, Idaho 83701

K & G TRAVEL, INC., D/B/A
   TWENTIETH CENTURY TRAVEL (deft. B-41)
Richard Routman, Esq.
104 West 9th Street
P.O. Box 2808
Kansas City, Missouri 64105

TRACO, LTD., D/B/A
   THRIFTY TRAVEL (deft. B-42)
William L. Crowley, Esq.
Boone, Karlberg & Haddon
301 Central Square
201 W. Main
P.O. Box 9199
Missoula, Montana 59807-9199

JPML FORM 2A -- Continuation

DOCKET NO. ___ -- _____

---

THE TRAVEL BUG (deft. B-43)
Robert Brantl, Esq.
Bressler, Amery & Ross
44 Whippany Road
Morristown, New Jersey  07960

KLS LIMITED, D/B/A
  TRAVELTIME TRAVEL (deft. B-44)
Jonathan P. Nye, Esq.
Whiteman Osterman & Hanna
The Guaranty Building
28 Church Street
Buffalo, New York  14212

VISTA TRAVEL SERVICE, INC. (deft. B-45)
Jeffrey W. Ring, Esq.
Heller, Ehrman, White & McAuliffe
1300 S.W. Fifth Avenue, Suite 3505
Portland, Oregon  97201-5696

COMPASS TRAVEL, INC., D/B/A
  VISTA WORLD TRAVEL, INC. (deft. B-46)
Pat Maloney, Jr., Esq.
Law Offices of Pat Maloney, P.C.
239 E. Commerce Street
Maloney Building
San Antonio, Texas  78205

DISCOVERY WORLD TRAVEL
  SERVICE, INC. (deft. B-47)
EUGENE J. LAMACCHIA (deft. B-48)
Michael J. Cramer, Esq.
Wolfgram & Cramer, S.C.
W52 N689 Highland Drive
Cedarburg, Wisconsin  53012

WORLD WIDE TRAVEL SYSTEM (deft. B-49)
Ed Herschler, Esq.
Herschler, Freudenthal, Salzburg,
  Bonds & Rideout, P.C.
P.O. Box 387
Cheyenne, Wyoming  82003

ALL TRAVEL SERVICES, INC. (deft. B-50)
AMBASSADOR TRAVEL SERVICE, INC. (deft. B-51)
GLOBE TRAVEL AGENCY, INC. (deft. B-52)
FOUNTAIN VALLEY TRAVEL, INC., d/b/a
  SECURITY-WIDEFIELD TRAVEL (deft. B-53)
GENESEE TRAVEL COMPANY (deft. B-54)
HORIZON TRAVEL (deft. B-55)
ROBERT HILL (deft. B-55)
BETTY WILLTRAUT (deft. B-55)
SHERIDAN TRAVEL SERVICE, INC. (deft. B-56)
MISSION VIEJO TRAVEL, INC. (deft. B-57)
SCOTT L. DEWITT d/b/a SKYWAYS TRAVEL SHOPPE
  (deft. B-58)
THUNDERBIRD TRAVEL, INC. (deft. B-59)
PAMELA KHANNA d/b/a SMITH WORLD TRAVEL
  (deft. B-60)
MOUNTAIN STATES TRAVEL AND TOURS, INC.,
  d/b/a MOUNTAIN STATES TRAVEL, INC.
  (deft. B-61)

William F. Duker, Esq.
Duker & Barrett
(previously listed)

DONATO WORLD TRAVEL (deft. B-62)
Thomas J. Brewer, Esq.
Heller, Ehrman, White & McAuliffe
333 Bush Street
San Francisco, CA  94104-2878

HERITAGE TRAVEL, INC. (Deft. in B-63)
William F. Duker, Esq.
(previously listed)

Steven M. Greenspan, Esq.
Day, Berry & Howard
CityPlace
Hartford, Connecticut  06103-3499

JPML FORM 2A -- Continuation  ⊕

Counsel of Record -- p._____

DOCKET NO. _____ -- _____

SUNRISE TRAVEL CONSULTING CORPORATION (Deft. in
  C-64 )
Gary L. Manson, Esq.
Law Office of Ronald J. Logar
243 South Sierra Street
Reno, Nevada  89501

William F. Duker, Esq.
(Already Listed)

EMBASSY TRAVEL SERVICE, INC. (Deft. in C-65)
Alexander V. Lyzohub, Esquire
15855 Farmington Road
Livonia, Michigan  48154

William F. Duker, Esquire
(Previously listed)

JPML FORM 3

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **760**-- In re "Apollo" Air Passenger Computer Reservation System Antitrust and Contract Litigation

| Party | | | | |
|---|---|---|---|---|
| V.I.P Arrangements, Inc | B-37 | | | |
| Valerie Williams | B-37 | | | |
| _____ Southworth | B-37 | | | |
| _____ Gallery, Inc _____ Travel Dealer, Inc | B-39 | | | |
| _____ Travel Lovers, Inc. | B-39 | | | |
| World Cup Travel, Inc | B-40 | | | |
| _____ Travel, Inc. | B-41 | | | |
| Jaco, Ltd, d/b/a Thrifty Travel | B-42 | | | |
| Travel Bug | B-43 | | | |
| KLS Ltd. d/b/a Sweltine Travel | B-44 | | | |

p. _____

| | |
|---|---|
| Vista Travel Service | B-45 |
| Compass Travel, Inc. d/b/a Vista World Travel, Inc. | B-46 |
| Discovery World Travel Service, Inc. | B-47 |
| Eugene J. La Macchia | B-48 |
| World Wide Travel System | B-49 |
| Rush Seat. Dept. Only Robert Hill | B-55 |
| Betty Willbrant | B-55 |
| Heritage Travel, Inc. | B-63 |
| Sunrise Travel Consulting Corp. | C-64 |
| Embassey Travel Service | C-65 |
| | |